**DISMISS and Opinion Filed July 8, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-24-00367-CV**

**PHOEBE YOUNG, Appellant**
**V.**
**ABIDA SULTANA, Appellee**

**On Appeal from the 493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-04294-2023**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Garcia

Appellant's brief in this case is overdue. By postcard dated May 29, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

240367F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PHOEBE YOUNG, Appellant

No. 05-24-00367-CV     V.

ABIDA SULTANA, Appellee

On Appeal from the 493rd District Court, Collin County, Texas
Trial Court Cause No. 493-04294-2023.
Opinion delivered by Justice Garcia. Justices Reichek and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 8, 2024